In the Matter of the Appointment of a Committee of the Person, Property and Estate of ANNA KALTMAN, an Alleged Incompetent Person. ANNA KALTMAN, Alleged Incompetent Persón, Appellant; MEYER ALTERMAN, as Special Guardian; Respondent.— Orders entered October 13, 1944, and November 10, 1944, unanimously affirmed. No opinion. Present — Martin, P. J., Glennon, Untermyer, Cohn and Callahan, JJ. [See *post,* p. 842.]

HARRY L. BAKER, Appellant, et al., Plaintiffs, v. SAMUEL COHN et al., Defendants, and TUBULAR TEXTILE MACHINERY CORPORATION, Respondent.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

JACK LANDMAN, Respondent, v. GEORGE LEWIS et al., Doing Business under the Name of LEWIS & EVANS GLOVE Co., Appellants.— Order unanimously reversed, with $20 costs and disbursements, and motion granted. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

TOBY SCHECHTER, Respondent, v. VICTOR SCHECHTER, Appellant.— Order entered February 23, 1945, unanimously affirmed, without costs. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

TOBY SCHECHTER, Respondent, v. VICTOR SCHECHTER, Appellant.— Order entered March 7, 1945, unanimously reversed, without costs, and motion denied. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ. [See *post,* p. 841.]

TOBY SCHECHTER, Respondent, v. VICTOR SCHECHTER, Appellant.— Order entered May 14, 1945, unanimously modified by reducing the amount of counsel fees to the sum of $150, and as so modified affirmed, without costs. No opinion. Settle order on notice. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

MORRIS PLAN INDUSTRIAL BANK OF NEW YORK, Respondent, v. GEORGE F. GUNNING, Defendant, and PENNSYLVANIA RAILROAD COMPANY, Third Party-Appellant.— Determination affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Martin, P. J., and Dore, J., dissent and vote to reverse the determination and the order of the Municipal Court and to grant the motion. [See *post,* p. 842.]

RACHELE W. BACHI, Appellant, v. GUIDO BACHI, Respondent.— Order unanimously reversed, with $20 costs and disbursements, and motion denied. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

DOROTHEA L. THORNTON et al., Appellants, v. ALBERT S. HYMAN, Respondent, et al., Defendants.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of JOHN J. SHATTLS, Appellant, against ARCHIBALD R. WATSON, as County Clerk of New York County, Respondent.— Orders affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Untermyer, J., dissents and votes to reverse and grant the motion.

In the Matter of the Arbitration between ROBERT B. WHEELAN et al., Appellants, and WALLACE L. CHESSHIRE et al., Respondents.— Order unanimously affirmed, with $20 costs and disbursements. No opinion. Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.

In the Matter of ROSINA SIRAGUSA, Appellant, against WILLIAM F. CAREY, as Treasurer and Trustee of the Relief and Pension Fund of the Department